UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 21-cv-23899

ALFREDO CHONG,
AND OTHER SIMILARLY SITUATED INDIVIDUALS,

      PLAINTIFF(S),
VS.

PAUL GENERAL SERVICE CORP., and
JORGE PAUL RODRIGUEZ CAMACHO,

      DEFENDANT.
_____/

## COMPLAINT
(OPT-IN PURSUANT TO 29 U.S.C § 216(B))

Plaintiff, ALFREDO CHONG, and other similarly situated individuals, by and through the undersigned counsel, sue Defendants, Paul General Service Corp., and JORGE PAUL RODRIGUEZ CAMACHO and allege:

1. This is an action to recover money damages for unpaid wages under the laws of the United States. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement) ("the Act").

2. Plaintiff, ALFREDO CHONG, is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

3. Defendant, Paul General Service Corp., is a Florida Profit corporation having their main place of business in Miami-Dade County, Florida, where Plaintiff worked for Defendants, and at all times material hereto were and are engaged in interstate commerce.

4. Defendant, JORGE PAUL RODRIGUEZ CAMACHO is the owner of Paul General Service Corp. and a resident of Miami-Dade County, Florida.

5. Plaintiff was sent to multiple locations for electrical work. Plaintiff was supervised by JORGE PAUL RODRIGUEZ CAMACHO.

6. Each named Defendant, individually and as a group, is a "person" and an "employer" within the meaning of the 29 U.S.C. §203 (a) and (d) and may hereinafter be referred to jointly as the "Employer". Moreover, this same "Employer", individually or together as a group, is an enterprise engaged in commerce within the meaning of 29 U.S.C. §203(r), and (s).

7. The Employer is, and at all times material to this action was, an organization which sells and/or markets and/or transports services and/or goods to customers in commerce within and beyond Florida. Upon information and belief, the annual gross revenue of the Employer was at all times material to this action in excess of $500,000.00 per annum.

8. By reason of the foregoing, the Employer is, and at all times material to this action was, an enterprise engaged in commerce or in the production of goods for commerce as defined in Sections 3(r) and 3(s) of the FLSA, 29 U.S.C., §§ 203(r) and 203(s). Moreover, the named Plaintiff, and others similarly situated, were individually engaged in commerce within the meaning of the FLSA by virtue of the nature of the work they performed.

9. Plaintiff was an electrician who performed various duties which included: being sent on project, assisting with electrical work and general electrician services and, through this business activity, affects interstate commerce. Plaintiff's work for the Defendant likewise effects interstate commerce. Plaintiff was employed by Defendant as an electrician by Jorge Paul Rodriguez Camacho.

10. While employed by Defendants, the Defendants failed to pay the Plaintiff any wages for one entire pay period. Plaintiff earned $25.00 per hour during his employment with the Defendants.

11. Prior to the completion of discovery and to the best of Plaintiff's knowledge, at the time of the filing of this complaint, **Plaintiff's good faith estimate of unpaid wages** are as follows:

    **Actual Damages** plus interest, representing the amount of unpaid wages on a weekly basis is as follows:

    - Pay period one (pay period October 4, 2021, through October 8, 2021): Plaintiff worked 40 hours ($25.00 per hour) of unpaid wages for a total amount due of $1,000.00.

    THEREFORE, the Plaintiff is owed a total of $1,000.00 in unpaid wages.

    **Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $1,000.00.

    **TOTAL DAMAGES**: $2,000.00 plus reasonable attorney's fees and costs of suit.

### COUNT I: FAILURE TO PAY/MINIMUM WAGE VIOLATION BY PAUL GENERAL SERVICE CORP.

12. Plaintiff, ALFREDO CHONG, re-adopts each and every factual allegation as stated in paragraphs 1 through 11 above as if set out in full herein.

13. At all times material hereto, the Defendant, Paul General Service Corp. and Jorge Paul Rodriguez Camacho, failed to comply with Title 29 U.S.C. §§201-219 and 29 C.F.R. and § 516.2 and §516.4 et seq. in that the Plaintiff, ALFREDO CHONG, performed services and no provision were made by the Defendant to properly pay him as required by the act. The additional persons who may become Plaintiffs in this action were weekly paid

employees and/or former employees of the Defendant, Paul General Service Corp. and Paul General Service Corp. who are and who were subject to the unlawful payroll practices and procedures of the Defendants.

14. Defendants, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO knew and/or showed reckless disregard for the provisions of the Act concerning the payment of wages required by the Fair Labor Standards Act (FLSA) and remain owing the Plaintiff, ALFREDO CHONG, straight wages as set forth above.

15. Plaintiff, ALFREDO CHONG, is entitled to recover double damages. Defendant, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO never posted any notice, as required by the Fair Labor Standards Act (FLSA) and Federal Law, to inform employees of their federal rights to minimum wage payments.

16. Defendants, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO willfully and intentionally refused to pay the Plaintiff, ALFREDO CHONG, minimum wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since October 8, 2021.

17. Plaintiff, ALFREDO CHONG, has retained the law offices of the undersigned attorney to represent her in this action and is obligated to pay reasonable attorney's fees.

18. Defendants, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO, have violated the FLSA's prompt payment requirement by failing to pay Plaintiff, ALFREDO CHONG, promptly.

19. Defendants, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO violation of FLSA provisions concerning prompt, regular payment of wages was willful.

20. Defendants, Paul General Service Corp. and JORGE PAUL RODRIGUEZ CAMACHO knew and/or showed reckless disregard for the provisions of the FLSA and its regulations concerning prompt, regular payment of wages.

21. Plaintiff, ALFREDO CHONG, is entitled to recover liquidated damages in an amount equal the actual damages for Defendant's FLSA violation.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff and those similarly-situated request that this Honorable Court:

    A.    Enter judgment for Plaintiff and other similarly-situated and against the Defendants, **Paul General Service Corp. and** JORGE PAUL RODRIGUEZ CAMACHO on the basis of Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and other Federal Regulations; and

    B.    Award Plaintiff actual damages in the amount shown to be due for unpaid wages, with interest; and

    C.    Award Plaintiff an equal amount in double damages/liquidated damages; and

    D.    Award Plaintiff reasonable attorneys' fees and costs of suit; and

    E.    Grant such other and further relief as this Court deems equitable and just and/or available pursuant to Federal Law.

**JURY DEMAND**

Plaintiff and those similarly-situated demand trial by jury of all issues triable as of right by jury.

Dated: November 5, 2021

                                                        Respectfully submitted,

                                                        **JARA LAW FIRM**
                                                        13876 SW 56 Street, Suite 262
                                                        Miami, Florida 33175
                                                        Telephone: (305) 372-0290
                                                        Franklin@JaraLaw.com
                                                        Joanna@JaraLaw.com

                                                        By: /s/ Franklin A. Jara_____
                                                        Franklin Antonio Jara, Esq.
                                                        Fla. Bar No. 636681
                                                        *Counsel for Plaintiff*